UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAWK INDUSTRIES HOLDING COMPANY, LLC, JOHN T. BROWN DEVELOPMENT, LLC, HORSESHOE INVESTMENTS, LLC, AND SEWER HAWK, LLC

CIV ACTION NO.23-1515-SDD-EWD

VERSUS

RODNEY JAMES, MALCOLME RAY AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**JOINT STATUS REPORT**

Defendant, Travelers Casualty and Surety Company of America ("Travelers"), and Plaintiffs, Hawk Industries Holding Company, LLC ("Hawk Holdings"), John T. Brown Development, LLC ("JTB Development"), Horseshoe Investments, LLC ("Horseshoe Investments'), and Sewer Hawk, LLC ("Sewer Hawk") (JTB Development, Horseshoe Investments, Sewer Hawk, and Hawk Holdings, collectively, "Plaintiffs"), (Plaintiffs and Travelers, collectively, "Parties"), hereby submit this Joint Status Report regarding the pendency of the above-captioned matter.

On July 3, 2024, the Court issued an *Order to Stay and Administratively Close Case*, ordering the parties to submit a status report within six months of the entry of the order as to whether the stay should be lifted. R. Doc. 20. Since that time, the parties have filed joint status reports every six months advising of the status of related litigation and Plaintiffs' investigation into their claims. For the reasons set forth herein, the parties respectfully and jointly request that the stay be continued for an additional six months to continue their investigation and potentially resolve this matter.

The captioned litigation arises out of Plaintiffs' claims for losses allegedly arising from loans issued to Hawk Holding's subsidiary and non-party TL Hawk, LLC ("TL Hawk") and a commercial indemnity agreement Plaintiffs signed requiring them to indemnify TL Hawk's surety. Plaintiffs' action, filed in Louisiana state court and subsequently removed to this Court[1] was brought against TL Hawk employees Rodney James[2] and Malcolme Ray, based on claims that Plaintiffs were induced to issue loans and are exposed to losses arising from a commercial indemnity agreement as a result of James' and Ray's alleged misrepresentations regarding TL Hawk's financial condition. Along with these claims, Plaintiffs brought suit against Travelers, contending that their alleged losses were afforded coverage under Travelers Wrap+ policy, policy no. 106980608 ("Policy"), specifically under the Policy's first-party Crime and third-party Private Company Directors and Officers Liability ("D&O") coverage parts.

On December 20, 2023, this Court granted the parties' Joint Motion to Stay and entered an order staying the captioned litigation to afford Hawk Holding additional time necessary to conduct its investigation and submit claims under the Policy, including sworn proof of loss and supporting claims documentation and to allow Travelers to complete its investigation of Hawk Holding's claim under the Policy. Since that time, including most recently on January 13, 2026, the parties have filed joint status reports every six months, advising of the status of related litigation and Plaintiffs' investigation into their claims.

Travelers has no objection to allowing the Plaintiffs to continue their investigation and additional time to refine and present their claim(s) under the Crime Policy and permit Travelers to conduct a claims investigation of such claim(s).

---

[1] *Hawk Industries Holding, LLC et al v. Rodney James et al*, Civ. Action C-733024, Section 24, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

[2] Plaintiffs' action against James was dismissed without prejudice on September 6, 2023.

The Parties submit that a further continuance of the stay in this litigation will afford Hawk Holding additional time necessary to conduct its investigation and submit its claims under the Policy, including sworn proof of loss and supporting claims documentation and for Travelers to conduct its claims evaluation. Moreover, a further continuance of the stay is respectfully requested due to the recent passing of lead counsel for the Plaintiffs. The unforeseen circumstances surrounding counsel's death have necessitated additional time to allow for the transition of representation and to permit new counsel a reasonable opportunity to become familiar with the procedural history, facts and legal issues presented in in this matter. Under these circumstances, continuance of the stay in the captioned matter is warranted, reasonable and will not result in prejudice to any party.

Accordingly, the Parties respectfully request that the Court enter an order further staying the captioned matter pending completion of the Parties' investigation of this matter. The Parties further submit that, within six months from entry of the Court's order, they shall file a joint status report regarding the status of Hawk Holding's claims submissions and Travelers' claims investigation and whether the stay should be lifted.

Respectfully Submitted,

*/S/ Amy S. Malish*

AMY S. MALISH (Bar No. 28992)
PUGH ACCARDO, LLC
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163
Telephone: 504-799-4500
Email: amalish@pugh-law.com

ATTORNEYS FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

AND

LAW OFFICES OF GRAY SEXTON

/s/ Alesia Ardoin [3]

R. Gray Sexton (Bar Roll # 07531)
Alexia Ardoin (Bar Roll #27267)
alesiaardoin@sextonlaw.net
8680 Bluebonnet Blvd., Suite D
Baton Rouge, Louisiana 70810
Telephone: (225) 767-2020
Facsimile: (225) 767-0845

*Attorneys for Hawk Industries Holding Company, LLC, John T. Brown Development, LLC, Horseshoe Investments, LLC, Sewer Hawk, LLC, and Hawk Industries Holding Company, LLC*

[3] Filed by Amy S. Malish with consent of Plaintiffs' counsel